

EXHIBIT 3

**From:** **FRC Investor Relations** investorrelations@flregionalcenter.com
**Subject:** Important Notice: Via Mizner Funding, LP/ 重要通知: Via Mizner Funding, LP
**Date:** March 23, 2021 at 7:43 AM
**To:**



### Re: Via Mizner Funding, LP

Dear Limited Partner,
尊敬的有限合伙人，

We are writing to notify you that the borrower has notified us of their intention to exercise the first extension option (6 months). The new maturity date is September 28, 2021.
谨在此告知您，借款方已通知我们，他们打算行使第一个延期选择权（6个月）。 新的到期日是2021年9月28日。

Please do not hesitate to contact us with any questions.
如有任何疑问，请随时与我们联系。


Sincerely,
诚挚地，

Via Mizner Funding, LP