

EXHIBIT 4

**VIA MIZNER FUNDING, LP**
115 FRONT STREET, SUITE 300
JUPITER, FL 33477

October 26, 2021

Dear Member,

You are receiving this communication because you are a limited partner of Via Mizner Funding, LP (the "**Company**"), which made an $80,000,000 mezzanine loan to an affiliate of the Penn-Florida Group (the "**Developer**") to construct a commercial and residential development in Boca Raton, Florida, consisting of a hotel, apartments, residential condominium units and golf course (the "**Project**").  To date, the Project has created 2,825 jobs, which amount (a) is sufficient to satisfy the EB-5 job creation requirements for all members of the Company; and (b) will only increase over time (and provide the members with a greater cushion) as construction of the Project is completed.

As you may be aware, the Project recently completed a re-financing of its senior loan relative to the hotel, apartment building and golf course. The Florida Regional Center and the manager were instrumental in helping the Developer to successfully refinance the Project.

It is the hope that this re-financing will (a) improve the likelihood that the Mandarin Hotel, condominium building and golf course components of the Project will be completed, which, in-turn, will significantly improve the likelihood that the members of the Company will achieve their immigration goals and the return of their EB-5 investment; and (b) increase the return payable to the members (on an accrual basis) by up to an aggregate of $7,500 per year per member (which would be an increase of up to 300% as compared to the return currently payable under the Company's operating agreement).

By way of background, the Project has faced significant construction impediments due to governmental permitting delays and the COVID-19 Pandemic, which resulted in missed deadlines and the incurrence of additional, unexpected costs by the Developer. Moreover, the existing senior lender was unwilling to extend the term or increase the amount of the senior loan to alleviate the impact of these Project issues.

As a direct result of our involvement, the Developer has been able to obtain senior replacement financing to allow for the successfull completion of the Project.  The replacement financing  (a) paid-off, in full, the existing senior loan; (b) extended certain Project construction milestones and the maturity dates of the senior and EB-5 mezzanine loans; and (c) increased the amount of the senior financing available to the Developer by $25 Million.

The manager conducted an analysis of the market, the new construction schedule, costs to complete the Project, the legal agreements and overall financial condition of the Project (e.g., the loan to value ratio based on a new appraised value at stabilization of the hotel). In the exercise of its business judgment and the exploration of all reasonable and viable potential courses of action, the manager determined that it was in the best interests of the Company and

1

its members to approve the replacement senior financing and the resultant modifications to the EB-5 mezzanine loan. The manager believes that this course of action is most likely to result in the return of the EB-5 investment and on the fastest timeline compared to the pursuit of legal remedies (particularly considering the Company does not have the financial wherewithal to pursue such remedies).

In exchange for this approval, the Company received additional consideration from the Developer, including:

- The Developer is required to use new golf and city club membership initiation fees to finance the construction of the golf-course component of the Project including the construction of a new golf clubhouse (i.e., the Developer is forbidden from receiving such funds from the Project and using them for its own account). The golf-course remains part of the collateral package for the EB-5 mezzanine loan.

- Up to $45 million of additional collateral from the proceeds of condominium sales.

- The Developer is prevented from taking any profit distributions from the hotel component of the Project until the EB-5 mezzanine loan is paid in full. A breach of this provision will trigger personal liability for the principal of the Developer under his guaranty in favor of the Company.

- The Developer is obligated to pay the Company an additional 3% accrued interest annually which will be realized upon repayment of the EB-5 mezzanine loan.

- As additional consideration for all members of the Company, the manager successfully negotiated an increased return (on an accrual basis) which could benefit the members of the Company in an amount in the aggregate of up to $7,500 per year per member (which would be an increase of up to 300% as compared to the return currently payable under the Company's operating agreement).

Due to our exhaustive efforts, the Project was able to be successfully re-financed, which refinancing was clearly in the best interests of the members of the Company as it could allow them (a) the best chance to achieve their immigration goals and obtain a return of their EB-5 investment; and (b) to realize a greater return on their investment.

Sincerely,

Via Mizner Funding, LP

By: _____
Name: Nicholas A. Mastroianni II
Title: Authorized Signatory

2