

EXHIBIT 5

**VIA MIZNER FUNDING, LP**
691 North US Hwy 1
Tequesta, FL 33469

March 25, 2024

**Re: Via Mizner Project (the "Project") Update**

Dear Valued Partners,

We are writing to update you regarding the status of the Project.

To date, the Project has created more than 3,552 full-time, qualifying EB-5 Program jobs which amount is more than sufficient to satisfy the EB-5 job creation requirements for all partners of the Company.

Currently, the borrower of the EB-5 mezzanine loan is in default under the loan agreement because of the borrower's failure to repay the outstanding principal balance and all other amounts due and owing under the loan documents on or before December 31, 2023 (the current maturity date of the loan).

The Company entered into a new Forbearance Agreement, which gave the Developer until February 29, 2024 to repay the loan in full. The Company has sent a notice of default to the Developer, because the February 29, 2024 deadline under the forbearance agreement has passed. To our knowledge, the Developer does not presently have the capital to repay the loan, but informs us that advanced third-party negotiations are ongoing which, if successful, would result in repayment of the loan in full. The Developer is optimistic that this could be consummated in the coming weeks, but there is no guarantee of the same.

In August 2023, the Developer entered into a new senior loan with Madison Realty Capital to complete the construction of the condominium building. The rooftop has been completed and the building is nearing the point of being completely closed in. Once the building is closed in, the construction of inside improvements will start. One of the three Tower cranes has been removed from the construction site.

There are certain common areas that connect the condominium building to the hotel, and loan capital from the new senior loan is funding those common areas. The Developer projects that the hotel will be closed in by approximately April 1, 2024. Windows are now being installed in the higher floors. Recent projections from the Developer are that the total hard and soft costs to complete the hotel is about $130 million. We are advised that the Developer is working on a recapitalization of the Project that will provide the necessary capital to pay off all the debt on the hotel, including all sums due under the loan.

The golf course opened in April 2023 and membership continues to grow. The old clubhouse will be completely demolished by February 29, 2024 and construction of a new Clubhouse will commence upon receipt of the necessary permits. The club is presently operating out of a temporary clubhouse. Increases in membership and initiation fees will be available to pay down the senior loans.

Contracts for the sale of the condominium units have exceeded the original projections by the Developer by approximately $80,000,000. At this time, there are signed contracts for 76 units (including deposits paid) out of the total 85 available units. Once the net sales proceeds pay off the new senior loan, the balance of the proceeds will be used to pay off the senior loan on the hotel. Those proceeds, if any, are also available to pay down the Company's loan.

We will provide further updates when we have additional material information. If you have any questions, please contact your customer service representative or write to us at investors@usifund.com.

Sincerely,

*[signature]*

Via Mizner Funding, LP

*As reminder, this email account, direct contact from your assigned customer representative and the project's official WeChat account are the sole means by which the Company will contact you and no other person(s) is authorized to speak on behalf of the Company.*

2